IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE


IN RE:
TORIANO & YASHICA GIDDENS                   ) Bk. Case No. 13-10470BLS
                                            )
         Debtor(s).                         ) Chapter 13


### APPLICATION TO AMEND CLAIMS SET FORTH IN EXHIBIT A
### OF MOTION TO ALLOW PLAN DISTRIBUTION


Michael B. Joseph, Esquire, Chapter 13 Trustee("Trustee")respectfully requests that this Honorable Court enter an Order permitting the amendment of the Allowance of Plan Distribution set forth in "Exhibit A" in accordance with the attached Report.  The amendment updates all allowed claims pursuant to Final Confirmation of the Chapter 13 plan.


/S/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Ste. 1002
P.O. Box 1350
Wilmington, Delaware 19899
(302) 656-0123
Chapter 13 Trustee


Date: September 9, 2013

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

IN RE:
TORIANO & YASHICA GIDDENS                    ) Bk. Case No. 13-10470BLS
                                             )
     Debtor(s).                             ) Chapter 13

## **ORDER**

    **AND NOW**, to-with, this _____ day of _____, 2013, after notice and hearing of

the Trustee's Amended Motion to Plan Distribution,

    **IT IS ORDERED:**

    The Amended Motion to Allow Plan Distribution be approved.

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

## ATTORNEY'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Chapter 13 Trustee, do hereby certify that on this 9th day of September, 2013, I caused one copy of the within Notice of Amended Motion to Allow Plan Distribution to be served on the following by United States Mail, Postage Prepaid:

TORIANO & YASHICA GIDDENS
229 SAXONDALE LANE
DOVER, DE  19904


THE EABY FIRM, LLC
BRADLEY S. EABY, ESQUIRE
99 WOLF CREEK BLVD., SUITE 3
DOVER ,DE 19901

/S/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899
(302) 656-0123
Chapter 13 Trustee

```
TORIANO GIDDENS                              CASE NO. 13-10470BLS
YASHICA GIDDENS
229 SAXONDALE LANE
DOVER, DE  19904                    % PLAN : 0.97
                                   PLAN TERM: 60   RECEIPT AMOUNT:        900.36
                                   RECEIPTS PAID IN TO DATE   :          3601.04
ATTY: THE EABY FIRM, LLC           DISBURSEMENTS TO DATE      :          3601.04
      BRADLEY S. EABY, ESQUIRE     CURRENT BALANCE            :             0.00
      99 WOLF CREEK BLVD., SUITE 3
      DOVER ,DE 19901
```

|  |  |  | ORIGINAL | ADJUSTED CLAIM | TOTAL | CURRENTLY |
|---|---|---|---|---|---|---|
| CLAIM NO. | CREDITOR NAME | CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| 001 | SANTANDER CONSUMER USA INC. | SECURED VEHICLE | 19025.00 | 23988.41 | 421.85 | 23566.56 |
| 002 | DEL ONE | SECURED VEHICLE | 21058.00 | 21672.50 | 381.13 | 21291.37 |
| 002 | DEL ONE | UNSECURED | 0.00 | 105.26* | 0.00 | 105.26 |
| 003 | DEL ONE | SURRENDERED | 25771.00 | 0.00 | 0.00 | 0.00 |
| 004 | DEL ONE | UNSECURED | 2517.00 | 23.70* | 0.00 | 23.70 |
| 005 | CASHCALL, INC. | UNSECURED | 2593.00 | 37.86* | 0.00 | 37.86 |
| 006 | ASHRO LIFESTYLE | UNSECURED | 351.86 | 3.51* | 0.00 | 3.51 |
| 007 | AMERICAN INFOSOURCE | UNSECURED | 123.00 | 1.17* | 0.00 | 1.17 |
| 008 | AMERICAN INFOSOURCE | UNSECURED | 600.00 | 5.82* | 0.00 | 5.82 |
| 009 | AMERICAN INFOSOURCE | UNSECURED | 912.00 | 3.52* | 0.00 | 3.52 |
| 010 | AMERICAN INFOSOURCE | UNSECURED | 1000.00 | 8.48* | 0.00 | 8.48 |
| 011 | WILMINGTON SAVINGS | UNSECURED | 244.00 | 2.36* | 0.00 | 2.36 |
| 012 | WILMINGTON SAVINGS | UNSECURED | 1355.00 | 13.11* | 0.00 | 13.11 |
| 013 | PROGRESSIVE FINANCE | UNSECURED | 2800.00 | 30.23* | 0.00 | 30.23 |
| 014 | THE EABY FIRM, LLC | ATTORNEY FEES | 2600.00 | 2600.00 | 2600.00 | 0.00 |
| 015 | DEPT OF EDUCATION | UNSECURED | 156676.00 | 1595.71* | 0.00 | 1595.71 |
| 016 | DEPT OF EDUCATION | UNSECURED | 98054.00 | 1144.12* | 0.00 | 1144.12 |
| 017 | PORTFOLIO RECOVERY ASSOC. | UNSECURED | 1534.00 | 14.35* | 0.00 | 14.35 |
| 018 | PORTFOLIO RECOVERY ASSOC. | UNSECURED | 283.00 | 3.55* | 0.00 | 3.55 |
| 019 | CAPITAL ONE BANK | UNSECURED | 605.00 | 6.05* | 0.00 | 6.05 |
| 020 | CAPITAL ONE BANK | UNSECURED | 482.00 | 4.67* | 0.00 | 4.67 |
| 021 | AMERICAN INFOSOURCE | UNSECURED | 4000.00 | 25.24* | 0.00 | 25.24 |
| 022 | CASH CENTRAL | UNSECURED | 1010.00 | 12.88* | 0.00 | 12.88 |
| 100 | ADVANCED FINANCIAL | NOT FILED UNSECURED | 1346.86 | 0.00 | 0.00 | 0.00 |
| 101 | ALPINE PAYDAY LOAN | NOT FILED UNSECURED | 700.00 | 0.00 | 0.00 | 0.00 |
| 102 | BANK OF AMERICA, N.A. | NOT FILED UNSECURED | 432000.00 | 0.00 | 0.00 | 0.00 |
| 103 | BARCLAYS BANK OF DE | NOT FILED UNSECURED | 850.00 | 0.00 | 0.00 | 0.00 |
| 104 | BOGGS WELL AND SEPTIC | NOT FILED UNSECURED | 2300.00 | 0.00 | 0.00 | 0.00 |
| 105 | CAMDEN DENTISTRY | NOT FILED UNSECURED | 210.00 | 0.00 | 0.00 | 0.00 |
| 109 | CAPITAL MANAGEMENT SERV. | NOT FILED UNSECURED | 1765.32 | 0.00 | 0.00 | 0.00 |
| 110 | CAPITAL ONE | NOT FILED UNSECURED | 500.00 | 0.00 | 0.00 | 0.00 |
| 112 | CASHNET | NOT FILED UNSECURED | 656.25 | 0.00 | 0.00 | 0.00 |
| 113 | CHASE | NOT FILED UNSECURED | 1800.00 | 0.00 | 0.00 | 0.00 |
| 115 | COMCAST CABLEVISION | NOT FILED UNSECURED | 653.59 | 0.00 | 0.00 | 0.00 |
| 116 | DDA RECOVERY | NOT FILED UNSECURED | 398.45 | 0.00 | 0.00 | 0.00 |
| 117 | DE FCU | NOT FILED UNSECURED | 269.00 | 0.00 | 0.00 | 0.00 |
| 118 | DELMARVA POWER | NOT FILED UNSECURED | 270.38 | 0.00 | 0.00 | 0.00 |

* Marked Claims have been adjusted according to payment status or percent plan.

September 9, 2013

| CLAIM NO. | CREDITOR NAME | CLAIM TYPE | ORIGINAL DEBT | ADJUSTED CLAIM AMOUNT | TOTAL PAID | CURRENTLY DUE |
|-----------|---------------|------------|---------------|-----------------------|------------|---------------|
| 119 | EBAY INC. | NOT FILED UNSECURED | 126.49 | 0.00 | 0.00 | 0.00 |
| 123 | FIRST PREMIER BANK | NOT FILED UNSECURED | 954.00 | 0.00 | 0.00 | 0.00 |
| 124 | HSBC | NOT FILED UNSECURED | 300.00 | 0.00 | 0.00 | 0.00 |
| 125 | JAY J. HARRIS DMD | NOT FILED UNSECURED | 277.00 | 0.00 | 0.00 | 0.00 |
| 126 | KINGS CREEK PLANTATION | NOT FILED UNSECURED | 585.00 | 0.00 | 0.00 | 0.00 |
| 127 | MAPLEDALE | NOT FILED UNSECURED | 1000.00 | 0.00 | 0.00 | 0.00 |
| 128 | ORCHARD BANK | NOT FILED UNSECURED | 700.00 | 0.00 | 0.00 | 0.00 |
| 129 | PAYPAL | NOT FILED UNSECURED | 1560.05 | 0.00 | 0.00 | 0.00 |
| 130 | PNC BANK | NOT FILED UNSECURED | 1558.31 | 0.00 | 0.00 | 0.00 |
| 131 | PNC BANK | NOT FILED UNSECURED | 611.08 | 0.00 | 0.00 | 0.00 |
| 132 | PROACTIV SOLUTION | NOT FILED UNSECURED | 67.84 | 0.00 | 0.00 | 0.00 |
| 133 | QVC NETWORK | NOT FILED UNSECURED | 2700.00 | 0.00 | 0.00 | 0.00 |
| 134 | RBS | NOT FILED UNSECURED | 1153.26 | 0.00 | 0.00 | 0.00 |
| 135 | RESORT MANAGEMENT | NOT FILED UNSECURED | 3107.74 | 0.00 | 0.00 | 0.00 |
| 136 | SHENANDOAH VILLAS | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 137 | SHORE HEALTH SYSTEMS | NOT FILED UNSECURED | 125.00 | 0.00 | 0.00 | 0.00 |
| 138 | SUMMER BAY PARTNERSHIP | NOT FILED UNSECURED | 2838.04 | 0.00 | 0.00 | 0.00 |
| 139 | TD BANK | NOT FILED UNSECURED | 735.00 | 0.00 | 0.00 | 0.00 |
| 140 | UNIV. OF PHOENIX | NOT FILED UNSECURED | 7427.00 | 0.00 | 0.00 | 0.00 |
| 141 | US FAST CASH | NOT FILED UNSECURED | 415.00 | 0.00 | 0.00 | 0.00 |
| 142 | VIRGINIA BEACH SCHOOLS | NOT FILED UNSECURED | 2193.00 | 0.00 | 0.00 | 0.00 |
| 143 | WFHM | NOT FILED UNSECURED | 100300.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | | 916047.52 | 51302.50 | 3402.98 | 47899.52 |

* Marked Claims have been adjusted according to payment status or percent plan.